## CIVIL MINUTES - GENERAL

| Case No. | CV 21-885 PA (SHKx) | Date | June 15, 2021 |
|---|---|---|---|
| Title | Gabriela Royo v. Berry Global, Inc. et al | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS - ORDER TO SHOW CAUSE

Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

On December 4, 2020, Plaintiff filed an action against Defendants in San Bernardino Superior Court, Case No. CIVSB2028110. (Dkt. 1 ("Removal") at ¶3.) On March 17, 2021, Defendants removed the action to this Court. See Gabriela Royo v. Berry Global, Inc. et al., CV 21-471 PA (SHKx) at Dkt. 1. On March 19, 2021, the Court remanded the action to state court on the basis that Defendants had not properly alleged Plaintiff's citizenship, and therefore, had not met the burden of showing that this Court had subject matter jurisdiction. Id. at Dkt. 11. On April 27, 2021, Defendants received discovery responses from Plaintiff wherein she admitted to being a citizen of California. (Removal at ¶¶11-12, Exs. I-K.) On May 21, 2021, Defendants removed the action for a second time based on the new information obtained in Plaintiff's discovery responses, and alleged that the Court possesses diversity jurisdiction over this action. (Id.)

On June 3, 2021, the instant action was transferred to this Court because it was related to CV 21-471 PA (SHKx). (Dkt. 12.) However, Defendants failed to disclose that the cases are related. (See Dkt. 2 (Civil Case Cover Sheet) (Defendants marked "No" on the Civil Cover Sheet's question asking if this case is "related to . . . any civil or criminal case(s) previously filed in this court?" and on the question asking "Has this action been previously filed in this court?"); Dkt. 3 at 2 (Notice of Related Cases) ("[T]o Defendants' knowledge, no action previously filed or currently pending in the Central District appears to arise from the same or substantially identical transactions, happenings or events as those alleged in [Plaintiff's] pending lawsuit.").)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-885 PA (SHKx) | Date | June 15, 2021 |
|---|---|---|---|
| Title | Gabriela Royo v. Berry Global, Inc. et al | | |

      Accordingly, the Court hereby orders Defendants to show cause why they should not be sanctioned up to $2,000 for failing to comply with Local Rule 83-1.3 by identifying <u>Gabriela Royo v. Berry Global, Inc. et al.</u>, CV 21-471 PA (SHKx) as a related case. Defendants' response to this Order to Show Cause shall be filed no later than June 22, 2021.

      IT IS SO ORDERED.