| | |
|---|---|
| 1 | Jace H. Kim, Esq. (SBN 282039) |
| | Jace.Kim@DominguezFirm.com |
| 2 | Carlos Andres Perez, Esq. (SBN 285645) |
| | Carlos.Perez@DominguezFirm.com |
| 3 | **THE DOMINGUEZ FIRM, LLP** |
| | 3250 Wilshire Boulevard, Suite 2200 |
| 4 | Los Angeles, California 90010 |
| | Telephone: (213) 388-7788 |
| 5 | Facsimile: (213) 201-8212 |
| 6 | |
| | Attorneys for Plaintiff, |
| 7 | GABRIELA ROYO |
| 8 | |
| | Helene Wasserman, Esq. |
| 9 | David S. Maoz, Esq. |
| | LITTLER MENDELSON, P.C. |
| 10 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA 90067-3107 |
| 11 | Telephone: (310) 553-0308 |
| | Facsimile: (310) 553-5583 |
| 12 | Emails: hwasserman@littler.com; |
| 13 | dmaoz@littler.com |
| 14 | |
| | Attorneys for Defendants, |
| 15 | BERRY GLOBAL, INC., BERRY GLOBAL |
| | FILMS, LLC, AND BERRY PLASTICS |
| 16 | TECHNICAL SERVICES, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA ROYO, an individual, | Case No.: 5:21-cv-00885-PA (SHKx) |
| Plaintiff, | *Assigned for all purposes to Honorable Judge Percy Anderson* |
| v. | |
| BERRY GLOBAL, INC., a Delaware corporation; BERRY GLOBAL FILMS, LLC, a Delaware limited liability company; BERRY PLASTICS TECHNICAL SERVICES, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | Action Filed:  December 04, 2020 |
| | Trial Date:      June 14, 2022 |

-1-   5:21-cv-00885-PA (SHKx)
JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties to this action, acting through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 19, 2022            **THE DOMINGUEZ FIRM, LLP**

By:     /s/ Carlos Andres Perez
Jace H. Kim, Esq.
Carlos Andres Perez, Esq.
Attorneys for Plaintiff,
GABRIELA ROYO

DATED: April 19, 2022            **LITTLER MENDELSON P.C.**

By:     /s/ David S. Maoz
Helene Wasserman, Esq.
David S. Maoz, Esq.
Attorneys for Defendants,
BERRY GLOBAL, INC., BERRY GLOBAL FILMS, LLC, AND BERRY PLASTICS TECHNICAL SERVICES, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3250 Wilshire Boulevard, Suite 2200, Los Angeles, California 90010.

On April 19, 2022, I served the foregoing document described as **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action as follows:

☒ By emailing a copy thereof to the following individual(s) at the following e-mail addresses:

| | |
|---|---|
| Helene Wasserman, Esq.<br>David S. Maoz, Esq.<br>LITTLER MENDELSON, P.C.<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067-3107<br>Emails: hwasserman@littler.com;<br>dmaoz@littler.com | *Attorneys for Defendants BERRY GLOBAL, INC., BERRY GLOBAL FILMS, LLC, AND BERRY PLASTICS TECHNICAL SERVICES, INC.* |

Executed on April 19, 2022, at Los Angeles, California.

☒ FEDERAL   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Alex Rodriguez                                        /s/ Alex Rodriguez