| | |
|---|---|
| 1 | Jace H. Kim, Esq. (SBN 282039) |
| | *Jace.Kim@DominguezFirm.com* |
| 2 | Carlos Andres Perez, Esq. (SBN 285645) |
| | *Carlos.Perez@DominguezFirm.com* |
| 3 | **THE DOMINGUEZ FIRM, LLP** |
| | 3250 Wilshire Boulevard, Suite 2200 |
| 4 | Los Angeles, California 90010 |
| | Telephone: (213) 388-7788 |
| 5 | Facsimile: (213) 201-8212 |
| 6 | |
| | Attorneys for Plaintiff, |
| 7 | GABRIELA ROYO |
| 8 | |
| | Helene Wasserman, Esq. |
| 9 | David S. Maoz, Esq. |
| | LITTLER MENDELSON, P.C. |
| 10 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA 90067-3107 |
| 11 | Telephone: (310) 553-0308 |
| | Facsimile: (310) 553-5583 |
| 12 | Emails: hwasserman@littler.com; |
| 13 | dmaoz@littler.com |
| 14 | |
| | Attorneys for Defendants, |
| 15 | BERRY GLOBAL, INC., BERRY GLOBAL |
| | FILMS, LLC, AND BERRY PLASTICS |
| 16 | TECHNICAL SERVICES, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | GABRIELA ROYO, an individual, | Case No.:  5:21-cv-00885-PA (SHKx) |
| 20 | Plaintiff, | *Assigned for all purposes to Honorable Judge Percy Anderson* |
| 21 | v. | |
| 22 | | |
| 23 | BERRY GLOBAL, INC., a Delaware corporation; BERRY GLOBAL FILMS, LLC, a Delaware limited liability company; BERRY PLASTICS TECHNICAL SERVICES, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | **ORDER FOR JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 26 | | Action Filed:   December 04, 2020 |
| 27 | Defendants. | Trial Date:      June 14, 2022 |

-1-                                                      5:21-cv-00885-PA (SHKx)

[PROPOSED] ORDER FOR JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: April 19, 2022

_____
Percy Anderson
United States District Judge